IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRIS JOHNSTON
ADC #600097                                                          PLAINTIFF

v.                              No. 2:19-cv-39-DPM

PIERRE LONG, CO/Sgt, EARU;
AMANDA GRANGER, Lieutenant,
EARU;   and LESTER ALLEN,
Sergeant, EARU                                                     DEFENDANTS

## JUDGMENT

Johnston's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2020